# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *

**NANCY G. ATKINS, in her capacity as liquidator of Kentucky Health Cooperative, Inc.,**

        **Plaintiff,**

    **v.**

**UNITED STATES,**

        **Defendant.**

* * * * * * * * * * * * * * *

No. 17-1108C
Filed: March 6, 2018

## O R D E R

    On March 5, 2018, the parties filed a stipulation for entry of judgment in the above captioned case. The stipulation indicated that "[o]n August 16, 2017, the Liquidator filed the complaint in this Court seeking damages under Section 1341 of the ACA (the 'Section 1341 Case')," and "[t]he Parties subsequently entered into negotiations to resolve amicably the Liquidator's claims in the Section 1341 Case. The Liquidator offered to settle the Section 1341 Case in exchange for payment by the United States in the amount of $16,200,000.00, inclusive of interest, with each party to bear its own costs, attorneys' fees, and expenses." After the settlement offer, "[o]n February 28, 2018, the United States accepted the Liquidator's offer," and "[a]ccordingly, the Parties, having settled the claims at issue in the Section 1341 Case pursuant to the terms set forth in this Stipulation, jointly request that the Court enter judgment in the amount of $16,200,000.00 (the 'Stipulated Amount') in favor of KYHC and the Liquidator." Consistent with the parties' joint stipulation, the Clerk of the Court shall enter **JUDGMENT** in the above-captioned case in favor of plaintiff in the amount of $16,200,000.00.

    **IT IS SO ORDERED**.

                                                s/Marian Blank Horn
                                                **MARIAN BLANK HORN**
                                                      **Judge**